UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-21897-JEM

VINCENT PAPA,

    Plaintiff,

v.

GRIECO FORD FORT LAUDERDALE LLC,

    Defendant.
_____/

**UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Defendant Grieco Ford Fort Lauderdale LLC respectfully requests the entry of the stipulated protective order attached as Exhibit A.

Counsel for Plaintiff does not oppose this request.

| | |
|---|---|
| Dated: June 18, 2018 | Respectfully submitted, |
| | s/Brian W. Toth |
| | Brian W. Toth |
| | Florida Bar No. 57708 |
| | brian.toth@hklaw.com |
| | Holland & Knight LLP |
| | 701 Brickell Avenue, Suite 3300 |
| | Miami, Florida 33131 |
| | Telephone: (305) 374-8500 |

**CERTIFICATE OF SERVICE**

I certify that on August 14, 2018, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

                                                              s/Brian W. Toth

#58469954_v1